UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SISTER E. JONES BEY,

        Plaintiff,

-against-

DANA LA CASSE, *et al.*,

        Defendants.

20-CV-9171 (LLS)

CIVIL JUDGMENT

By order dated March 22, 2021, the Court dismissed this action for failure to state a claim on which relief may be granted. The Court granted Plaintiff sixty days' leave to file a second amended complaint, and notified Plaintiff that if she failed to file a second amended complaint, the Court would enter judgment and close the matter. Plaintiff has not filed a second amended complaint or otherwise communicated with the Court.

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  July 2, 2021
         New York, New York

                                                Louis L. Stanton
                                                U.S.D.J.